### In re TRANSFER OF ATTORNEY TO INACTIVE .STATUS Pursuant to Pa.R.D.E. 219(k)(1)

#### Nos. 447 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 17, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 17th day of August, 1998, it is ORDERED that DIANE S. TOSTA'S status be immediately modified from inactive status pursuant to Rule 219(i), Pa.R.D.E. to inactive status pursuant to Rule 219(k)(1), Pa.R.D.E. Respondent shall comply with Rule 217, Pa.R.D.E.

■

### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### John Mark LOGUE, Respondent.

#### Nos. 313 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 17, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of August, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 24, 1998, it is hereby

ORDERED that JOHN MARK LOGUE be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, retroactive to April 24, 1997, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

NIGRO, J., dissents and would impose a suspension of not less than five years.

■

### In the Matter of Neil Israel STERNSTEIN.

#### Nos. 436 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 20, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 20th day of August, 1998, Neil Israel Sternstein having been suspended from the practice of law in the State of New Jersey for a period of two years by Order of the Supreme Court of New Jersey dated February 10, 1998; the said Neil Israel Sternstein having been directed on June 18, 1998, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Neil Israel Sternstein is suspended from the practice of law in this Commonwealth for a period of two years, retroactive to June 5, 1996, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.